UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN JENNINGS WALKER, and all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>Defendants. | CASE NO. 2:22-cv-00482-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) Mail addressed to *pro se* Plaintiff Jonathan Jennings Walker has been returned to the Court as undeliverable. Under the local civil rules of the Western District of Washington, if the United States Postal Service returns mail to the Court that was directed to a *pro se* plaintiff, and the plaintiff then fails to "notify the court and opposing parties within 60 days thereafter of his or her current . . . address, the court may dismiss the action without

MINUTE ORDER - 1

prejudice for failure to prosecute." LCR 41(b)(2). Plaintiff is DIRECTED to notify the Court of his current mailing address **within sixty (60) days** (*i.e.*, **by July 19, 2022**). Failure to update his address shall result in dismissal of the case without prejudice.

(2)  The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 20th day of May 2022.

          Ravi Subramanian
          Clerk of the Court

          s/ Kadya Peter
          Deputy Clerk