UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN JENNINGS WALKER,<br><br>                        Plaintiff,<br><br>     v.<br><br>MICROSOFT CORPORATION, *et al.*,<br><br>                        Defendants. | Case No. C22-482-TL-MLP<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff is an Arkansas state prisoner who is proceeding *pro se* in this civil rights action. This matter comes before the Court at the present time for consideration of Plaintiff's application to proceed with this action *in forma pauperis*. Plaintiff's declaration indicates that he is unable to afford the Court's filing fee or give security therefore. Accordingly, the Court ORDERS as follows:

(1)    Plaintiff's application to proceed *in forma pauperis* (dkt. # 9) is GRANTED. As set forth below, an initial partial filing fee will be collected, and Plaintiff is thereafter required to make monthly payments of 20 percent of the preceding month's income credited to his account until the full amount of the filing fee is satisfied.

ORDER GRANTING APPLICATION TO
PROCEED *IN FORMA PAUPERIS* - 1

(2) Pursuant to 28 U.S.C. § 1915, and Plaintiff's approved application to proceed *in forma pauperis*, the agency having custody of the above-named Plaintiff is directed to calculate an initial partial filing fee equal to 20 percent of the greater of either: (a) the average monthly deposits to the Plaintiff's account; or (b) the average monthly balance in the Plaintiff's account for the 6-month period immediately preceding the date of this Order. The initial partial filing fee should be forwarded to the Clerk of Court as soon as practicable.

Subsequently, if Plaintiff's account exceeds $10.00, each month the agency having custody of the Plaintiff is directed to collect and forward payments equal to 20 percent of the Plaintiff's preceding month's income credited to the Plaintiff's account. In the event that the monthly payment would reduce the Plaintiff's account below $10.00, the agency should collect and forward only that amount which would reduce the Plaintiff's account to $10.00. Please note that this $10.00 limit does not apply to the initial partial filing fee described above. Finally, the monthly payments should be collected and forwarded to the Court until the entire filing fee ($350.00) for this matter has been paid.

(3) The Clerk is directed to send copies of this Order to Plaintiff, to the financial officer of this Court, and to the agency having custody of Plaintiff.

Dated this 3rd day of August, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED *IN FORMA PAUPERIS* - 2