UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JONATHAN JENNINGS WALKER,

          Plaintiff,

   v.

MICROSOFT, *et al*.,

          Defendants.

Case No. C22-482-TL-MLP

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Michelle L. Peterson, United States Magistrate Judge:

On February 3, 2023, the Honorable Tana Lin, United States District Judge, issued an Order in which she overruled Plaintiff's objections to this Court's prior Order partially denying Plaintiff's motion for clarification. (Dkt. # 20.) Judge Lin also denied Plaintiff's motion to stay these proceedings and extended the deadline for Plaintiff to file an amended complaint. (*Id*.) On March 8, 2023, the copy of Judge Lin's Order mailed to Plaintiff at his address of record, the Arkansas State Prison – Varner Unit, was returned as undeliverable. (Dkt. # 21.) It appears that the inability to deliver the mail may be attributable to the fact that Plaintiff's prisoner number

MINUTE ORDER - 1

was not included in the address as is typically required for mail sent to corrections facilities. (*See id*. at 1.)

Accordingly, the Clerk is directed to re-send Judge Lin's Order to Plaintiff at his address of record with his prisoner number (ADC No. 179936) included. Plaintiff shall have **thirty (30) days** from the date on which this Minute Order is issued to file an amended complaint. Failure to timely file an amended complaint that cures the defects previously identified by the Court will result in dismissal of this action.

The Clerk is directed to send copies of this Minute Order to Plaintiff and to the Honorable Tana Lin.

DATED this 17th day of March, 2023.

Ravi Subramanian
Clerk of Court

By: /s/Laura Hobbs
Deputy Clerk

MINUTE ORDER - 2